FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN M. BALE,<br><br>                Plaintiff,<br><br>     v.<br><br>LORI WONDERS, OFFICER FLUAITT, COUNSELOR J. GOODMAN, DEPARTMENT OF CORRECTIONS, and JEFFERY UTTECHT,<br><br>                Defendants. | No. 4:15-CV-5061-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument, is Plaintiff John M. Bale's Motion Requesting Dismissal, ECF No. 21. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the Plaintiff's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

**1.** The Plaintiff's Motion to Dismiss, **ECF No. 21**, is **GRANTED.**

**2.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

ORDER - 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Bale v Wonders-5061\Ord grant dismiss lc2.docx

ORDER **-** 2